# UNITED STATES DISTRICT COURT
for the

| Michael Terpin | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 20 Civ. 3557 |
| Ellis Pinsky, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ellis Pinsky.

Date: 05/12/2020

/s/Noam Biale
*Attorney's signature*

Noam Biale
*Printed name and bar number*

Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, NY 10004
*Address*

nbiale@shertremonte.com
*E-mail address*

(212) 202-2600
*Telephone number*

(212) 202-4156
*FAX number*