# SHER TREMONTE LLP

May 18, 2020

**VIA ECF AND EMAIL**

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
Hon. Charles L. Brieant, Jr. United States Courthouse
300 Quarropas Street
White Plains, NY 10601

> **Re:** ***Terpin v. Pinsky, et al.*,**
> Case No. 20 Civ. 3557 (CS)

Dear Judge Seibel:

We represent Ellis Pinsky, a defendant in the above-referenced action. We write to respectfully request that Mr. Pinsky's time to answer, move, or otherwise respond to the Complaint filed by Michael Terpin be extended to August 1, 2020. Mr. Pinsky's current date to answer or otherwise respond to the Complaint is June 1, 2020. Mr. Pinsky has not made any prior request for an extension of time to answer or otherwise respond to the Complaint. Mr. Pinsky has agreed to waive all service-related objections and defenses and preserves all other defenses and objections. Based on this waiver, counsel for Mr. Terpin has consented to this request.

Respectfully submitted,

SHER TREMONTE LLP

By: /s/Noam Biale
Noam Biale
90 Broad Street, 23rd Floor
New York, NY 10004
T: (212) 202-2600
F: (212) 202-4156
nbiale@shertremonte.com

*Attorneys for Ellis Pinsky*

cc:    Cornelius McCarthy, Esq. (via ECF and Email)
Paul Blechner, Esq. (by Email)