AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| MICHAEL TERPIN <br> *Plaintiff* <br> v. <br> Ellis Pinsky, as an individual; and Does 1-20, inclusive <br> *Defendant* | Case No. 20-CV-03557 (CS) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ellis Pinsky

Date:    05/18/2020

/s/ Michael Tremonte
*Attorney's signature*

Michael Tremonte
*Printed name and bar number*

SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, NY 10004
*Address*

mtremonte@shertremonte.com
*E-mail address*

(212) 202-2600
*Telephone number*

(212) 202-4156
*FAX number*