**SHER TREMONTE LLP**

September 7, 2020

**BY ECF**

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re: *Terpin v. Pinsky, et al.*, 20 Civ. 3557 (CS)

Dear Judge Seibel:

  We represent Ellis Pinsky, the defendant in the above-referenced matter. We write jointly on behalf of the parties to request a brief adjournment of the deadline for Plaintiff to file his amended complaint from September 11, 2020. This adjournment will facilitate Defendant's review of the amended complaint, which Plaintiff will still serve electronically on Defendant by September 11, and provide an opportunity for Defendant to propose and request any redactions to the publicly-filed version of the amended complaint. Should Defendant propose redactions and seek to have the unredacted amended complaint filed under seal, Defendant shall submit such request to the Court no later than September 15, 2020. If no request is submitted, Plaintiff will file the previously served amended complaint by September 16, 2020. If a request is submitted, Plaintiff will file the amended complaint within three court days of the Court's ruling on any such request, and in conformity therewith.

  Plaintiff's agreement to serve the amended complaint on September 11 and delay filing as proposed herein in no way limits Plaintiff's ability to oppose any redactions that Defendant may propose. Further, as the amended complaint will still be served by the current deadline, the parties are not at this time requesting an adjournment of any of the other deadlines set at the recent court conference.

  We also wish to advise that, after discussion, the parties are not requesting a referral to the magistrate judge for a settlement conference at this time.

                Respectfully submitted,

                /s/
                Noam Biale
                Michael Tremonte
                Sher Tremonte LLP

                *Attorneys for Ellis Pinsky*

cc:  Opposing counsel (via ECF)