UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL TERPIN,

                Plaintiff,

-against-

ELLIS PINSKY, as an individual; and DOES 1-20, Inclusive,

                Defendants.

No. 20 CV 3557 (CS)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, and the Declaration of Noam Biale dated October 1, 2020 and the exhibit attached thereto, Defendant Ellis Pinsky will move this Court, at a time and date to be set by the Court, at 300 Quarropas St., White Plains, NY 10601, for an order granting his motion, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss the First Amended Complaint filed by Plaintiff Michael Terpin insofar as against Defendant Ellis Pinsky.

Dated: October 1, 2020
       New York, New York

                          SHER TREMONTE LLP

                          By: */s/ Noam Biale*
                                Noam Biale
                                Michael Tremonte
                                Mark Cuccaro
                                90 Broad Street, 23rd Floor
                                New York, New York 10004
                                (212) 202-2600
                                nbiale@shertremonte.com

                          *Attorneys for Defendant Ellis Pinsky*