# EXHIBIT 5

# Blechner, Paul

| | |
|---|---|
| **From:** | John Siffert <JSiffert@lswlaw.com> |
| **Sent:** | Wednesday, September 18, 2019 2:24 PM |
| **To:** | Pierce O'Donnell; Blechner, Paul |
| **Cc:** | Rusty Wing; Matthew Weinberg |
| **Subject:** | Confidential settlement discussions |

Pierce & Paul,

This is to confirm that Ellis agrees in principal to settle this matter along the lines we have discussed.
I think you are correct that the drafting will be complicated, and we are prepared to discuss some of the terms in more detail before you put pen to paper, if you think that would be useful.
I will be in my office tomorrow as of 10AM NY time until about 6PM, with two or three hours when I need to attend to other commitments.
Let us know what times are best.

John

---

**John S. Siffert**
**LANKLER SIFFERT & WOHL LLP**
500 Fifth Avenue | New York, NY 10110
T: +1 212.921.8399 | Download vCard
jsiffert@lswlaw.com | www.lswlaw.com

================================================================
This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive this message), you may not use, copy, or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail or contact Lankler Siffert & Wohl LLP at (212) 921-8399, and delete the message. Thank you.
================================================================