

Paul A. Blechner

D: 310.201.7546
F: 310.201.2333
PBlechner@ggfirm.com
File Number: 83764-00004

November 9, 2020

Hon. Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601-4150

    Re:    Terpin v. Pinsky, 20-CV-3557 (CS)

Dear Judge Seibel:

Pursuant to Rule 2 D of Your Honor's Individual Rules of Practice, Plaintiff Michael Terpin requests oral argument in connection with Defendant's recently filed motion to dismiss the first amended complaint. (*See* Documents 38 to 43).

Sincerely,

/s/
Paul A. Blechner

PAB
cc: N. Biale, Esq. (via email)
    M. Tremone, Esq. (via email)
    C. McCarthy, Esq. (via email)