# CHEHEBAR DEVENEY & PHILLIPS
### 485 MADISON AVENUE, SUITE 1301
### NEW YORK, NEW YORK 10022

CORNELIUS P. MCCARTHY

TELEPHONE: (212) 532-8204
FACSIMILE: (212) 753-8101

August 9, 2021

**VIA ECF**

Hon. Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601-4150

Re: Terpin v. Pinsky, 20-CV-3557 (CS) (AEK)

Dear Judge Seibel:

    Along with our co-counsel, Greenberg Glusker Field Claman & Machtinger, we represent Plaintiff Michael Terpin in the above matter.

    We write to request that the conference presently scheduled for this Thursday, August 12, 2021, at 10 am be adjourned one week until August 19, 2021. One of the attorney's principally responsible for arguing or answering any inquiries from the Court on Defendant's motion to dismiss, the subject of the conference, is on vacation this week and not easily available to participate in the conference.

    I have spoken to my adversary, Mr. Biale, and he has told me that they are taking no position on this request

Respectfully submitted,

/s/

Cornelius P. McCarthy

cc: N. Biale, Esq. (via email)
    M. Tremonte, Esq. (via email)