# SHER TREMONTE LLP

August 10, 2021

**VIA ECF**

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re:    *Terpin v. Pinsky, et al.*, 20 Civ. 3557 (CS)

Dear Judge Seibel:

      I represent Ellis Pinsky, the defendant in this matter. I write to respectfully request a time change to the Court's bench ruling on Mr. Pinsky's motion to dismiss, currently scheduled for August 30, 2021, at 3:00 PM. I will be in court in the Eastern District at that time. I have spoken with Your Honor's courtroom deputy and he has indicated that the Court is available at 1:00 PM on the 30th. Accordingly, I respectfully request that Your Honor reschedule the bench ruling for August 30, 2021 at 1:00 PM.

      Respectfully submitted,

      /s/Noam Biale
      Noam Biale
      Michael Tremonte
      Sher Tremonte LLP

      *Attorneys for Ellis Pinsky*

cc: Opposing Counsel (via ECF)