Mr. Biale, Mr. Tremonte, Mr. Cuccaro and the Sher Tremonte firm are hereby relieved as counsel for Defendant Pinsky.  He shall represent himself unless new counsel files a Notice of Appearance by 1/12/22.  Counsel for Plaintiff shall advise, no later than 12/15/21, if Plaintiff agrees that a settlement conference before the  Magistrate Judge could be fruitful.

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

12/13/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL TERPIN,

        Plaintiff,

v.

ELLIS PINSKY, *et al.*;

        Defendants,

Case No. 7:20-CV-3557 (CS)

STIPULATION

    Ellis Pinsky, a defendant in the above-captioned case, and Noam Biale, Counsel at Sher Tremonte LLP, attorneys for Mr. Pinsky in this action, hereby provide the following stipulation pursuant to Rule 7 of the Court's Individual Rules of Practice:

    1.    Mr. Pinsky lacks the ability to pay for Sher Tremonte LLP's future legal fees in this action.  He is currently in the process of seeking new counsel whose services he can afford and weighing, in the alternative, whether to proceed *pro se* in this matter.

    2.    Mr. Pinsky consents to the withdrawal of Sher Tremonte LLP in this matter.

    3.    Mr. Pinsky respectfully requests that the Court set a date by which he must proceed *pro se* if substitute counsel does not appear, and in the interim requests an order directing the parties to participate in a settlement conference with a magistrate judge.

Dated:    New York, New York
             December 10, 2021

*Ellis Pinsky*
_____
Ellis Pinsky

_____
Noam Biale