UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Michael Terpin,

                Plaintiff,                **SCHEDULING ORDER**

      -against-                  20-cv-3557 (CS) (AEK)

Ellis Pinsky, et al.,

                Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      This matter is hereby scheduled for a telephonic settlement conference before Magistrate Judge Andrew E. Krause on **Monday, February 7, 2022, at 2:15 p.m.**

      On or before February 3, 2022, the parties must each submit a confidential, *ex parte* letter not to exceed five (5) pages in length.  The letter must summarize (i) the history of settlement negotiations; (ii) the issues in the case; (iii) the party's settlement valuation of the case and the rationale(s) for it; and (iv) any other facts that would be helpful to the Court in preparation for the conference.  Between the date of this order and the date of the conference, Plaintiff must make at least one concrete settlement demand, and Defendants must make at least one concrete settlement offer.  These figures must be reported in the pre-conference letters.  **The letters should not be filed on ECF (the Court's electronic filing system).**  Submissions should be emailed to KrauseNYSDChambers@nysd.uscourts.gov.

      Parties – not just the attorneys – must attend the settlement conference.  Where liability insurance is involved, a decision-making representative of the carrier must attend unless specifically excused by the Court.

To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700; and (3) press pound (#) to enter the teleconference as a guest.  Should anyone experience any technical issues with the videoconferencing system, please contact Chambers at (914) 390-4070.

**Plaintiff's counsel is hereby directed to serve a copy of this Scheduling Order on the** *pro se* **Defendant and file proof of service with the Court.**

The *pro se* Defendant is hereby directed to file a letter with the Court **by no later than December 29, 2021**, notifying the Court of his current contact information, including his mailing address, telephone number, and email address.

Dated: December 15, 2021
       White Plains, New York

                                                               **SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge