Cornelius P. McCarthy (CM 3544)
CHEHEBAR DEVENEY & PHILLIPS
485 Madison Ave., Suite 1301
New York, New York 10022
Telephone:   (212) 571-0550
Facsimile:   (212) 571-0555
Email:       cmccarthy@cdlawllp.com

Pierce O'Donnell (PO 5724)
GREENBERG CLUSKER FIELDS
CLAMAN & MACHTINGER LLP
2049 Century Park East, 26th Floor
Los Angeles, Ca. 90067
Telephone:   (310) 201-7558
Facsimile:   (310) 201-1792
Email:  podonnell@greenbergglusker.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL TERPIN,<br><br>               Plaintiff,<br><br>  -against-<br><br>ELLIS PINSKY, as an individual; and DOES 1-20, Inclusive,<br><br>               Defendants. | No.: 20-CV-3557 (CS) (AEK)<br><br>**PROOF OF SERVICE** |

      CORNELIUS P. McCARTHY, ESQ., an attorney duly licensed to practice before the Courts of the State of New York and admitted to practice in this Court, hereby affirms the following under penalties of perjury:

      1.      That I am of counsel to Chehebar Deveney & Phillips LLP, 485 Madison Avenue, Suite 1301, New York, New York 10022, co-counsel for Plaintiff in the above-captioned proceeding, and am not a party to the within action.

2.  That on December 20, 2021, I served a copy of the Scheduling Order dated December 15, 2021, Docket No. 65, on Defendant *pro se* Ellis Pinsky at ▇▇▇▇▇▇ ▇▇▇▇▇▇ by regular mail, by depositing the same in a securely enclosed postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the Town of Carmel, County of Putnam, State of New York.

_____
Cornelius P. McCarthy