UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Michael Terpin,

                Plaintiff,            **RESCHEDULING ORDER**

      -against-                         20-cv-3557 (CS) (AEK)

Ellis Pinsky,

                Defendant.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

    Because of an unavoidable scheduling conflict that has just arisen, the telephonic settlement conference scheduled before Magistrate Judge Andrew E. Krause for Monday, February 7, 2022, at 2:15 p.m. is hereby rescheduled to **Wednesday, February 23, 2022, at 2:15 p.m.**

    On or before February 18, 2022, the parties must each submit a confidential, *ex parte* letter not to exceed five (5) pages in length.  The letter must summarize (i) the history of settlement negotiations; (ii) the issues in the case; (iii) the party's settlement valuation of the case and the rationale(s) for it; and (iv) any other facts that would be helpful to the Court in preparation for the conference.  Between the date of this order and the date of the conference, Plaintiff must make at least one concrete settlement demand, and Defendant must make at least one concrete settlement offer.  These figures must be reported in the pre-conference letters.  **The letters should not be filed on ECF (the Court's electronic filing system).**  Submissions should be emailed to KrauseNYSDChambers@nysd.uscourts.gov.

Plaintiff, and not just Plaintiff's counsel, must attend the settlement conference. To the extent liability insurance is involved for Defendant, a decision-making representative of the carrier must attend unless specifically excused by the Court.

To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700; and (3) press pound (#) to enter the teleconference as a guest. Should anyone experience any technical issues with the videoconferencing system, please contact Chambers at (914) 390-4070.

A copy of this Rescheduling Order is being sent to the *pro se* Defendant by Chambers.

Dated: February 2, 2022
      White Plains, New York

                                        **SO ORDERED.**

                                        ANDREW E. KRAUSE
                                        United States Magistrate Judge