**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MICHAEL TERPIN,

        Plaintiff,

-against-

ELLIS PINSKY, as an individual; and DOES 1-20, Inclusive,

        Defendants.

No.: 20-CV-3557 (CS) (AEK)

**ORDER AMENDING CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER**

Seibel, J.

    The Court previously issued the Civil Case Discovery Plan and Scheduling Order (the "Plan and Order"). [Docket #53]. At the request of Defendant's counsel, the deadline to file the Answer and to make initial disclosures under the Plan and Order were previously modified. [Docket #55]. The Court entered an order on March 1, 2022 [Docket #72], granting in part and denying in part requests made by parties relating to the Plan and Order. [Docket #70, 71].

    The Plan and Order is hereby modified to change certain dates as follows:

1. In Paragraph 4, "All fact discovery shall be completed by August 22, 2022."

2. In Paragraph 4.c., "Depositions are to be completed by July 22, 2022."

3. In Paragraph 4.d., "Requests to Admit, if any, are to be served by July 22, 2022."

4. In Paragraph 4.e., "Any further interrogatories are to be served by July 22, 2022."

5. In Paragraph 5, "All expert discovery is to be completed by November 14, 2022."

6. In Paragraph 8, "Next Case Management Conference is September 1, 2022 at 10:00 a.m."

No other changes of the Plan and Order are made. Except for the change of dates as expressly modified herein, the Plan and Order remain in effect.

SO ORDERED.

Dated: March 3, 2022
       White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.