UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Michael Terpin,

                Plaintiff,                  **ORDER**

      -against-                  20-cv-3557 (CS) (AEK)

Ellis Pinsky, et al.,

                Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The docket sheet in this matter now reflects that the formerly *pro se* Defendant has retained counsel to represent him in this action. *See* ECF Nos. 82-83. Accordingly, the Court directs all counsel to meet and confer regarding whether they wish to proceed with the settlement conference currently scheduled for March 28, 2022 at 10:00 a.m. Eastern, or whether it would make more sense to reschedule the conference for a later date so that Defendant's new counsel can fully familiarize themselves with the case, and the prior settlement negotiations, in advance of the settlement conference.

      Counsel are hereby ordered to file a joint letter by no later than **March 22, 2022** about how they wish to proceed. If counsel would prefer to reschedule the settlement conference, then they must inform the Court as to whether they are available in the afternoon (Eastern time) on any of the following dates: May 4, May 6, May 10, May 11, May 12, or May 13, 2022.

Dated: March 18, 2022
       White Plains, New York

                                                      **SO ORDERED.**

                                                    ANDREW E. KRAUSE
                                                   United States Magistrate Judge