**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL TERPIN,<br><br>   Plaintiff,<br><br> -against-<br><br>ELLIS PINSKY, as an individual; and DOES 1-20, Inclusive,<br><br>   Defendants. | No.: 20-CV-3557 (CS) (AEK) |

## STIPULATION AND CONSENT TO JUDGMENT

Cornelius P. McCarthy
CHEHEBAR DEVENEY & PHILLIPS
485 Madison Avenue   Suite 1301
New York, New York 10022
Tel.: 212-532-8204
Cell: 914-629-0687
Fax: 212-753-8101
E-mail: cmccarthy@cdlawllp.com

Pierce O'Donnell
Paul A. Blechner
GREENBERG GLUSKER FIELDS CLAMAN
  & MACHTINGER
2049 Century Park East, 26th Floor
Los Angeles, California 90067
Tel.: 310-201-7558
Cell: 310-480-3366
Fax: 310-201-1792
E-mail: podonnell@greenbergglusker.com
   pblechner@greenbergglusker.com

Attorneys for Plaintiff
MICHAEL TERPIN

Plaintiff MICHAEL TERPIN ("Terpin" or "Plaintiff") and defendant ELLIS PINSKY ("Pinsky" or "Defendant") hereby acknowledge, stipulate, consent, and agree to entry of Judgment awarding Terpin monetary relief in the amount of $22,000,000 against Pinsky and in favor of Terpin on the state law conversion claim; and

**Whereas** Terpin and Pinsky have entered into an agreement dated September 15, 2022 (the "September 15, 2022 Agreement") and, pursuant thereto, jointly request entry of Judgment in a form consistent with this Stipulation and Consent to Judgment; and

**Whereas** the Court has both supplemental jurisdiction over the state law claims given that they relate to the RICO claim and diversity jurisdiction as a result of (a) the amount in controversy and (b) Pinsky's citizenship in New York and Terpin's citizenship outside of New York at all relevant times; and

**Whereas** the parties agree that the underlying facts support the award of a Judgment in at least the amount of the sum set forth herein and may support an even larger award that the parties are hereby compromising pursuant to the terms of the September 15, 2022 Agreement; and

**Whereas** Pinsky enters into this Stipulation and Consent of his own free and voluntary act, with full knowledge and understanding of this proceeding and the obligations and duties to be imposed on him by entry of the Order and Judgment; and

**Whereas** there is no reason to delay entry of the Federal Court judgment in the sum of $22,000,000;

The Parties hereby stipulate and consent to Judgment as follows:

1. Terpin shall have Judgment in his favor against Pinsky in the sum of $22,000,000 on and in full resolution of the New York state law claim for conversion, and Terpin shall have enforcement, including execution thereon.

    2. No additional or other amounts shall be awarded as part of this Judgment to Terpin for prejudgment interest or to either side for costs or attorneys' fees.

    3. All remaining claims against Pinsky other than the New York state law claim for conversion shall be dismissed without prejudice and all claims against all DOE Defendants shall be dismissed without prejudice.

    4. This Court shall retain jurisdiction of this action for purposes of carrying out the terms of this Order and Judgment, for purposes of enforcing the terms of the September 15, 2022 Agreement pursuant to which this Stipulated Judgment was agreed and submitted, and/or for the purposes of granting such further relief as the Court deems just and proper.

DATED: October 12, 2022      MICHAEL TERPIN

                    *Michael Terpin*
                    Michael Terpin, Plaintiff

DATED: October 11, 2022      ELLIS PINSKY

                    *Ellis Pinsky*
                    Ellis Pinsky, Defendant

DATED: October 13, 2022                    CHEHEBAR DEVENEY & PHILLIPS

and

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

By: */s/ Cornelius P. McCarthy*
    CORNELIUS P. McCARTHY

By: _____
    PAUL A. BLECHNER

Attorneys for Plaintiff
MICHAEL TERPIN

DATED: October 13, 2022                    NESENOFF & MILTENBERG LLP

By: _____
    AMY ZAMIR

Attorneys for Defendant
ELLIS PINSKY

## ORDER

**IT IS SO ORDERED.**

DATED: October ___, 2022

_____
Cathy Seibel, United States District Judge