**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MICHAEL TERPIN,

      Plaintiff,

-against-

ELLIS PINSKY, as an individual; and DOES 1-20, Inclusive,

      Defendants.

No.: 20-CV-3557 (CS) (AEK)

## JUDGMENT

Whereas Plaintiff MICHAEL TERPIN ("Terpin") filed claims in this action against defendant ELLIS PINSKY ("Pinsky") seeking damages of $22,000,000, plus interest, punitive damages, and trebling of damages under RICO; and

Whereas Terpin and Pinsky have signed and filed a Stipulation and Consent, to Judgment consenting to entry of this Judgment and jointly requesting entry thereof (ECF 121);[1] and

Whereas the Court so ordered the Stipulation and Consent to Judgment (ECF 124);

It is hereby ORDERED that Judgment shall issue as follows:

**ORDERED AND ADJUDGED** that Michael Terpin shall have Judgment in his favor against defendant Ellis Pinsky in the sum of Twenty-Two Million Dollars ($22,000,000) on and in full resolution of the New York state law claim for conversion, and Terpin shall have enforcement, including execution thereon, and it further is

**ORDERED AND ADJUDGED** that no additional or other amounts shall be awarded as part of this Judgment to Terpin for prejudgment interest or to either side for costs or attorneys' fees, and it further is

**ORDERED AND ADJUDGED** all remaining claims against Pinsky other than the New York state law claim for conversion shall be dismissed without prejudice and all claims against all DOE Defendants shall be dismissed without prejudice, and it further is

**ORDERED AND ADJUDGED** that this Court shall retain jurisdiction of this action for purposes of carrying out the terms of this Order and Judgment, for purposes of enforcing the terms of the Parties' agreement dated September 15, 2022, pursuant to which this Stipulated Judgment was agreed and submitted, and/or for the purposes of granting such further relief as the Court deems just and proper.

SO ORDERED.

DATED: ~~October XXX, 2022~~ November 14, 2022
White Plains, New York

*Cathy Seibel*

_____
Cathy Seibel, United States District Judge

1

83764-00004/4533160.3